IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.5:17-CV-00036-FDW-DSC

| | | |
|---|---|---|
| JESSICA A NICHOLAS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| THE H.T. HACKNEY CO., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the "Joint Motion to Stay Initial Attorney's Conference …" (document #14). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is <u>denied</u>.

<u>Within fourteen days of this Order, Defendant shall file its answer</u>.

**SO ORDERED.**

Signed: November 28, 2017

_____

David S. Cayer
United States Magistrate Judge