UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00036-FDW-DSC

| | |
|---|---|
| JESSICA A. NICHOLAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE H.T. HACKNEY CO., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the setting of trial in this matter. Because of a crowded criminal docket, the Court hereby continues trial in this civil matter from the September 4, 2018, term of court to the trial term beginning with docket call on November 5, 2018. See generally 18 U.S.C. § 3161 *et seq.* All pretrial deadlines shall be continued in accordance with this new trial setting.

The Court also advises the parties and counsel that it does not intend to set a hearing on the pending motion for summary judgment (Doc. No. 25). Should the Court determine that oral argument would aid in the decisional process, a notice of hearing will be issued to the parties.

IT IS SO ORDERED.

Signed: August 27, 2018

Frank D. Whitney
Chief United States District Judge