UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00036-FDW-DSC

| | |
|---|---|
| JESSICA A. NICHOLAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE H.T. HACKNEY CO., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the setting of trial in this matter. Because of a crowded criminal docket, including a peremptory setting in the 83-defendant case of United States v. Addison, 3:17-cr-134, the Court hereby continues trial in this civil matter from the March 4, 2019, term of court to the trial term beginning with docket call on May 6, 2019. See generally 18 U.S.C. § 3161 *et seq.* All pretrial deadlines shall be continued in accordance with this new trial setting. The Court will set a date for a pretrial conference following the ruling on the pending motion for summary judgment.

IT IS SO ORDERED.

Signed: February 20, 2019

Frank D. Whitney
Chief United States District Judge